
**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAIME FABIAN MEZA-RIVAS, AKA Jaime Mezarivais, AKA Jaime Fabian Mezarivas, AKA Jaime F. Mezrevias, | No. 15-71882 |
| Petitioner, | Agency No. A205-297-149 |
| v. | MEMORANDUM* |
| LORETTA E. LYNCH, Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted January 18, 2017**

Before:     TROTT, TASHIMA, and CALLAHAN, Circuit Judges.

Jaime Fabian Meza-Rivas, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's ("IJ") order denying a continuance and entering an order of

---

\*       This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

removal.  We have jurisdiction under 8 U.S.C. § 1252.  We review for abuse of discretion the denial of a continuance and review de novo due process claims. *Sandoval-Luna v. Mukasey*, 526 F.3d 1243, 1246 (9th Cir. 2008).  We deny the petition for review.

The agency did not abuse its discretion or violate due process by denying Meza-Rivas' motion for a continuance for lack of good cause, where Meza-Rivas had the opportunity to research and incorporate recent developments regarding social group claims, and future changes in the law remained speculative.  *See* 8 C.F.R. § 1003.29 (an IJ may grant a motion for a continuance for good cause); *Ahmed v. Holder*, 569 F.3d 1009, 1012 (9th Cir. 2009) (considering the nature of the evidence excluded and the reasonableness of petitioner's conduct); *Singh v. Holder*, 638 F.3d 1264, 1274 (9th Cir. 2011) ("[T]he IJ [is] not required to grant a continuance based on . . . speculations."); *Lata v. INS*, 204 F.3d 1241, 1246 (9th Cir. 2000).

Meza-Rivas' motion for a stay of removal (Docket Entry No. 20) and supplemental motion for a stay of removal (Docket Entry No. 22) are denied as moot.

**PETITION FOR REVIEW DENIED**.